☐ **AMENDED**

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE

**In re:**   **Angela Leilani Shackleford,**                                    **Case No.**

**Debtor:**                                                                      **Chapter 13**

---

### CHAPTER 13 PLAN

---

**ADDRESS:**   **7470 Stonington Drive**
**Memphis, TN 38125-3533**

**PLAN PAYMENT:**
**Debtor** shall pay $   **355.00**                  (☐ weekly, ☑ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
☑ **PAYROLL DEDUCTION** From:   **IDEXX Laboratories**          **OR ( ) DIRECT PAY**
**Westbrook, ME 04092**

**1. THIS PLAN [Rule 3015.1 Notice]:**

(A) **CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]**           ☑ **YES**      ☐ **NO**
(B) **LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION**            ☐ **YES**      ☑ **NO**
    **OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**
(C) **AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].**           ☐ **YES**      ☑ **NO**

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

**4. DOMESTIC SUPPORT:**                                                         Monthly Plan Payment:

                                Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to:
**None**                        ongoing payment begins                                   $
                                Approximate arrearage:

**5. PRIORITY CLAIMS:**

**-NONE-**                      Amount                                          $

**6. HOME MORTGAGE CLAIMS:** ☑ Paid directly by Debtor; **OR** ☐ Paid by Trustee to:

**Union Home Mortgage**   ongoing payment begins                               $
                          Approximate arrearage:              Interest          $

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral:      Rate of Interest      Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER**
   **SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

| [Retain lien 11 U.S.C. §1325 (a)] | Value of Collateral: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **Acima Credit Fka Simpl** | 4,583.92 | 7.00 | $**100.00** |
| **Bridgecrest, fka DriveTime** | 23,561.00 | 7.00 | $**500.00** |
| **2017 Dodge Charger** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

**-NONE-** _____    Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| **TN Dept of Human Services** | **1,888.00** | **0.00** | $**40.00** |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

**-NONE-** _____    ☐    Not provided for   **OR**  ☐   General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

**-NONE-** _____

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $23,093.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ _____ %, OR,
☑ **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____    ☐   Assumes  **OR**  ☐   Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**
    **Pre-confirmation adequate protection payments shall be 25% of proposed Plan payment.**

  **ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

*/s/ James D Gentry* _____    **Date  June 13, 2019** _____ .
**James D Gentry (#020776), Debtor's Counsel**
**Gentry Arnold, PLLC**
**5100 Poplar Ave, Ste 2008**
**Memphis, TN 38137-2008**
**(901) 591-8800**
**JGentry@GentryArnold.com**